11th
Court of Appeals

 Eastland,
Texas

  Memorandum
Opinion

 

David B. Smith

Appellant

Vs.                   No.
11-03-00073-CV B Appeal from Taylor County

American Modern Home
Insurance Company

a/k/a American
Modern Lloyd=s Insurance Company,

Purvis Insurance Company, Jana Hite Rice, and J-Hite, Inc.          

Appellees

 

Appellant has failed to comply with this
court=s March 6, 2003, order directing him to pay
the required filing fee and to file the clerk=s record and the reporter=s record on or before March 21, 2003. 
Appellant has not responded in any manner to the March 6 order.

Therefore, the appeal is dismissed for want
of prosecution.  TEX.R.APP.P. 37.3(b).

 

PER CURIAM

 

May 1, 2003

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.